IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD GENE TUCKER STEWART
ADC #144658                                                                                                   PLAINTIFF

V.                                    CASE NO. 4:15-CV-00489 SWW/BD

PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.                                                                    DEFENDANTS

# ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition ("Recommendation"), and the parties have filed no objections. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Stewart's claims are DISMISSED. This dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 13th day of October, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE