# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RONALD GENE TUCKER STEWART**
**ADC #144658**                                                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 4:15-CV-00489 SWW/BD**

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY, et al.**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 13th day of October, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE